UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In Re:                                                    **Case No. DG 09-08516**

**NATASHA M. LOGAN** and                  Chapter 7; Filed: 7/17/09
**KENNETH L. LOGAN, SR.,**

                          Debtors.                        Honorable Scott W. Dales

_____/

## MOTION TO COMPEL TURNOVER

NOW COMES Chapter 7 Trustee Jeff A. Moyer ("Trustee"), by and through his attorneys, The Bankruptcy Group, Inc., and states as his Motion to Compel Turnover to the Court the following:

1.       On July 17, 2009, Natasha M. Logan and Kenneth L. Logan, Sr. ("Debtors" or "Logans") filed a voluntary Chapter 7 petition for relief under the Bankruptcy Code.

2.       Jeff A. Moyer ("Trustee" or "Movant") is the duly-appointed, qualified and acting Chapter 7 Trustee in this case.

3.       The Trustee requests turnover from Mr. Logan the complete copy of his 2009 State tax return.

4.       The personal property involved is not of inconsequential value nor without benefit to the estate.

5.       Mr. Logan is required to turnover the documentation in question to the Trustee and has failed to do so.

WHEREFORE, Trustee Jeff A. Moyer requests this Court to enter an Order granting the following relief:

A.     Requiring the immediate turnover by Mr. Logan the complete copy of his 2009 State tax return;

B.     Grant such other or further relief as this Court deems just and proper.

Respectfully submitted,

**THE BANKRUPTCY GROUP, INC.**
Attorneys for Trustee Jeff A. Moyer

Dated: September _27_, 2011          By: _____
                                          Jeff A. Moyer (P44671)
                                     Business Address:
                                       P.O. Box 337
                                       Grandville, MI 49468-0337
                                       (616) 532-4002